# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**VERNA WILLIAMS, on behalf of herself and those similarly situated,**

      **Plaintiff,**

CASE NO.:  1:10-CV-2743-TCB

vs.

**COOKS PEST CONTROL, INC.,**

      **Defendant.**                    /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1), by and through the undersigned counsel, the Parties hereby dismiss the above-styled action WITH PREJUDICE.  Each party shall bear her/its own costs and fees.

## CERTIFICATION OF FONT SIZE

Pursuant to Local Rule 5.1(B) of the Local Rules of the United States District Court for the Northern District of Georgia, I, Carlos V. Leach, hereby certify that the **Joint Stipulation for Dismissal with Prejudice** is typewritten using Times New Roman font, fourteen (14) point type.

Respectfully submitted on this 3rd day of January, 2011.

| | |
|---|---|
| **s/ DEIRDRE M. STEPHENS** | **s/ A. CRAIG CLELAND** |
| Deirdre M. Stephens-Johnson, Esq. | A. Craig Cleland, Esq. |
| GABN: 678789 | GABN: 129825 |
| Morgan & Morgan, P.A. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 191 Peachtree St. NE, Ste. 4200 | 191 Peachtree St. NE, Ste. 4800 |
| Atlanta, GA 30303 | Atlanta, GA 30303 |
| (404) 965-8811 | (404) 881-1300 |
| (404) 965-8812 | (404) 870-1732 |
| Email:djohnson@forthepeople.com | Email: Craig.cleland@ogletreedeakins.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| | |
| **s/ CARLOS LEACH** | **s/ C. GARNER SANFORD** |
| Carlos V. Leach, Esq. | C. Garner Sanford, Jr., Esq. |
| FLBN: 0540021 | GABN: 005020 |
| Morgan & Morgan, P.A. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 20 N. Orange Ave., Ste. 1600 | 191 Peachtree St. NE, Ste. 4800 |
| P.O. Box 4979 | Atlanta, GA 30303 |
| Orlando, FL 32802-4979 | (404) 870 1714 |
| (407) 420-1414 | (404) 870-1732 |
| (407) 420-5956 | Email: garner.sanford@ogletreedeakins.com |
| Email: cleach@forthepeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**VERNA WILLIAMS, on behalf of herself and those similarly situated,**

        **CASE NO.: 1:10-CV-2743-TCB**

    **Plaintiff,**

vs.

**COOKS PEST CONTROL, INC.,**

    **Defendant.**                    /

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been filed using the CM/ECF filing system which I understand will send a notice of electronic filing to: A. Craig Cleland, Esq., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., One Ninety One Peachtree Tower 191 Peachtree Street NE, Suite 4800, Atlanta, GA 30303, email:

craig.cleland@ogletreedeakins.com, this 3rd day of January 2011.

                                                **s/ CARLOS V. LEACH**
                                                Carlos V. Leach

                                                9539959.1 (OGLETREE)